# EXHIBIT 1

For: **JOSE OMAR CENTENO ZELEDON**

U.S. Customs and Border Protection
*Securing America's Borders*

## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94/I-95 printout matches the "Get Most Recent I-94/I-95" returned results for this applicant. Reference the CBP I-94/I-95 Website FAQs.

**Admission I-94 Record Number:** 472987067A3

**Arrival/Issued Date:** 2023 August 02

**Class of Admission:** NHP

**Admit Until Date:** 2025 June 12

**Details provided on the I-94 Information form:**

**Last/Surname:** CENTENO ZELEDON

**First (Given) Name:** JOSE OMAR

**Birth Date:** 1999 July 01

**Document Number:** C03264248

**Country of Citizenship:** Nicaragua

- Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94/I-95. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).
- What to do if someone requests your admission info: If an employer, local, state or federal agency requests admission information, present your admission (I-94/I-95) number along with any additional required documents requested by that employer or agency.
- For security, close your browser after retrieving your I-94/I-95 number.
- Nonimmigrant travelers departing the United States by land or private vessel can now use the CBP Link Mobile Application to report their departure. Please note that departure should only be reported after you have physically left the United States. If you departed by air or sea, your departure was likely recorded automatically.

**OMB No. 1651-0111**
**Expiration Date: 07/31/2026**